No. 2798.—EL PUEBLO, apldo., *v.* PADILLA, aplte.—C. D. Guayama. Infracción a la Ley de Automóviles. Jul. 19, 1926. Apareciendo que el delito que se imputa al acusado consiste en permitir que Rafael Vega guiara una guagua propiedad del acusado sin antes éste cerciorarse que aquél estaba autorizado por el Comisionado del Interior para manejar automóviles y que poseía una licencia adecuada, y resultando de la evidencia que Vega accidentalmente reparaba un desperfecto de la maquinaria y que sin autorización del acusado salió guiando la guagua después de compuesta con el solo objeto de probarla, y no siendo suficiente para implicar al principal y acusado la simple manifestación de un policía que refirió que Vega le dijo que era chauffeur del acusado, no teniendo placa ni licencia para guiar automóviles, *se revoca* la sentencia apelada y se absuelve al acusado.